MARIE VOOTH, as Administratrix of the Estate of WALTER F. VOOTH, Deceased, Respondent, v. RAMON CASTROVIEJO et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [206 Misc. 85.]

In the Matter of LANES-FOURTEENTH STREET CORP., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [2–6 E. 14th St. and 63–67 Fifth Ave., Borough of Manhattan.] — Order appealed from modified so as to fix building value at $1,500,000 for the year 1952–53 and, as so modified, the order is affirmed. On this record the values now fixed are justified. All concur. Settle order. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

In the Matter of NEW YORK LERNER COMPANY, INC., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [8 E. 14th St., Borough of Manhattan.] — Order appealed from modified so as to fix value of land at the sum of $300,000 and, as so modified, the order is affirmed. On this record the values now fixed are justified. All concur. Settle order. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

A. I. MADISON et al., Respondents, v. TIME TRAVEL, INC., Appellant.— Determination unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

ARTHUR HIRSCHHORN, Respondent-Appellant, v. COMMERCIAL ILLUSTRATORS, INC., et al., Defendants, and COMMERCIAL STUDIOS, INC., Appellant-Respondent. — Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.

GEORGE W. WARNECKE, Respondent, v. LOUISE BRUNO et al., as Executors of JOSEPH BRUNO, Deceased, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See post, p. 935.]

In the Matter of the Construction of the Will of LAURA C. MATTES, Deceased. JAMES C. LAMBETH et al., Appellants; BANKERS TRUST COMPANY, as Executor of LAURA C. MATTES, Deceased, et al., Respondents.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs, payable out of the estate. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [205 Misc. 1098.] [See post, p. 943.]

DURO SPORTSWEAR, INC., Plaintiff, and SOL SCHWARTZ, Respondent-Appellant, v. JESSE B. COGEN, Appellant-Respondent, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ.